

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2020

No. 04-20-00538-CV

**LAKEWOOD HAVEN LLC** and William Hutchinson d/b/a Komfort Haus,
Appellants

v.

Mary R. **SASTRI**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-08611
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

On November 23, 2020, appellants filed a Motion for Temporary Orders.  If appellee desires to file a response, she must do so no later than December 9, 2020.  If appellee does not file a response, appellant's motion will be considered without benefit of a response.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court